**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| JIM NAVARRO, | ) |
| | ) |
|         Plaintiff, | ) |
| | )    2:10-cv-00186-JCM-LRL |
| v. | ) |
| | ) |
| STATE OF NEVADA REHABILITATION | ) |
| DIVISION, et al., | ) |
| | ) |
|         Defendants. | ) |
| | ) |

**REPORT & RECOMMENDATION**

Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint pursuant to 42 U.S.C. § 1983 (#1) on February 11, 2010.  Upon granting his request to proceed *in forma pauperis*, this court screened the Complaint pursuant to 28 U.S.C. § 1915(a), finding that "plaintiff has named many defendants but does not allege what legally redressable harm was done to him by any defendant." While plaintiff made reference to the Sixth Amendment, the Fourteenth Amendment, and §1983, he failed to articulate any specific legal grounds for relief under either Amendment or §1983. This court, therefore, dismissed the Complaint on June 18, 2010, and instructed plaintiff to amend the Complaint to cure the deficiencies listed by the court.  Order (#2).  *See Cato v. United States,* 70 F.3d 1103, 1106 (9th Cir. 1985).  Plaintiff was warned that failure to adequately amend the Complaint by July 17, 2010 may result in dismissal.  To date, plaintiff has not filed an amended complaint.

. . .

. . .

. . .

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed with prejudice.

DATED this 22nd day of October, 2010.

_____

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**